IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-153-KDB-DCK

| | |
|---|---|
| DIANE SKINDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| FEDERAL EXPRESS LONG TERM | ) |
| DISABILITY PLAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) filed by Emily C. Pera, concerning Joseph B. Reafsnyder on December 11, 2020. Joseph B. Reafsnyder seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) is **GRANTED**. Joseph B. Reafsnyder is hereby admitted *pro hac vice* to represent Defendant.

Signed: December 14, 2020

David C. Keesler
United States Magistrate Judge